IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,                       CV 05-080-MA
                                                CR 02-439-MA
        Plaintiff-Respondent,                   JUDGMENT

v.

THOMAS CHRISTOPHER RISNER,

        Defendant-Petitioner.


MARSH, Judge.

        Based on the record and the Opinion and Order of this court

filed herewith, defendant's petition to vacate his sentence (#40)

is DENIED, plaintiff's motion to dismiss (#42) is GRANTED, and

this matter is DISMISSED.

IT IS SO ORDERED

DATED this 3rd day of May, 2005.


                                        /s/  Malcolm F. Marsh
                                        Malcolm F. Marsh
                                        United States District Judge